

Signed: March 19, 2010

_____
**RANDALL J. NEWSOME**
U.S. Bankruptcy Judge
_____

Haydee D. Garbero, State Bar No. 190749
Duane Tyler, State Bar No. 147191
**MOORE, BREWER, JONES, TYLER & NORTH**
4180 La Jolla Village Drive, Suite 540
La Jolla, CA 92037-1474
Telephone: (858) 626-2880
Facsimile: (858) 626-2899

Attorneys for Secured Creditor,
REDWOOD CREDIT UNION

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 09-40083 |
| DAVID RICHARD HEISTAND and MICHELLE RENE HEISTAND, | Chapter 13 |
| Debtors. | |
| REDWOOD CREDIT UNION, | **ORDER ON REDWOOD CREDIT UNION'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Moving Party, | |
| v. | Date: March 18, 2010 |
| DAVID RICHARD HEISTAND and MICHELLE RENE HEISTAND, Debtors, and MARTHA G. BRONITSKY, Trustee, | Time: 10:30 a.m. Dept.: 220 Judge: Hon. Randall J. Newsome |
| Respondents. | |

The Motion for Relief from Automatic Stay filed by Secured Creditor, REDWOOD CREDIT UNION (the "Credit Union") came on regularly for hearing on March 18, 2010 at 10:30 a.m. before the Honorable Randall J. Newsome. All appearances were noted in the Court's record.

Based upon the pleadings contained herein and oral argument,

///

///

In Re David Richard Heistand and
Michelle Rene Heistand, Debtors
ORDER ON REDWOOD CREDIT UNION'S MOTION FOR RELIEF FROM AUTOMATIC STAY
1 of 3
Case No. 09-40083

Case: 09-40083    Doc# 36    Filed: 03/19/10    Entered: 03/22/10 13:38:35    Page 1 of 3

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay pursuant to
2 11 U.S.C section 362 is hereby terminated forthwith to allow the Credit Union to enforce its security
3 interest in, and conclude a liquidation of the 2007 Centurion Elite C4, VIN# FINR897G607 and the 2007
4 Tahoe Trailer, VIN 1VMBG232271030396, in accordance with the security agreement and state law.
5     If the case is converted to another chapter, this order shall be binding and of full force and effect.
6     Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

**END OF ORDER**

In Re David Richard Heistand and Michelle Rene Heistand, Debtor
ORDER ON REDWOOD CREDIT UNION'S MOTION FOR RELIEF FROM AUTOMATIC STAY
2 of 3
Case No. 09-40083

Case: 09-40083    Doc# 36    Filed: 03/19/10    Entered: 03/22/10 13:38:35    Page 2 of 3

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **Debtors** |
| 3 | David Richard Heistand |
| 4 | Michelle Rene Heistand<br>2516 Vallecito Way<br>Antioch, CA 94531 |
| 5 | |
| 6 | **Attorney for Debtors** |
| 7 | Corrine Bielejeski<br>Law Offices of Patrick L. Forte<br>1 Kaiser Plaza #480 |
| 8 | Oakland, CA 94612 |
| 9 | **Trustee** |
| 10 | Martha G. Bronitsky<br>P.O. Box 5004 |
| 11 | Hayward, CA 94540-5004 |
| 12 | **United States Trustee** |
| 13 | Office of the U.S. Trustee/Oak<br>Office of the U.S. Trustee |
| 14 | 1301 Clay St., #690N<br>Oakland, CA 94612 |

S:\Litigation\C-Redwood CU\Heistand, David & Michelle\Motion re Automatic Stay-Order.doc

In Re David Richard Heistand and Michelle Rene Heistand, Debtor
ORDER ON REDWOOD CREDIT UNION'S MOTION FOR RELIEF FROM AUTOMATIC STAY
3 of 3
Case No. 09-40083

Case: 09-40083    Doc# 36    Filed: 03/19/10    Entered: 03/22/10 13:38:35    Page 3 of 3