Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
6140 STONERIDGE MALL RD SUITE 250
TELEPHONE: 925-621-1900
FAX: 925-621-1901



FILED
JAN 24 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
JAN 29 2014
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: DAVID RICHARD HEISTAND
MICHELLE RENE HEISTAND

Debtor(s)

Case No 09-40083 WJL13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,994.18 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 09-40083 WJL13 | CITIMORTGAGE INC<br>PO BOX 6941<br>THE LAKES NV 88901 | $148,793.61 | $1,994.18 |
| | Total Unclaimed Dividends | | $1,994.18 |

Dated: January 14, 2014

Martha G. Bronitsky, Chapter 13 Trustee

Case: 09-40083    Doc# 71    Filed: 01/30/14    Entered: 01/30/14 09:03:57    Page 1 of 1